ACCEPTED
15-25-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 4:07 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00036-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 4:07:19 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
Fifteenth Court of Appeals District

**JORGE R. GUEVARA, M.D.,**
*Appellant*

*v.*

**TEXAS MEDICAL BOARD,**
*Appellee*

On Appeal from Cause No. D-1-GN-23-007371
In the 353rd Judicial District Court, Travis County
The Honorable Sherine Thomas, Judge Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellant respectfully files this unopposed motion for a 30-day extension of time to file his brief.

Appellants' brief is currently due May 29, 2025. Appellant requests a 30-day extension of time to file his brief—until **June 30, 2025**. This is Appellant's first request for an extension of time to file his brief, and Appellee is unopposed.

1

Good cause supports a 30-day extension. Appellant's counsel has preexisting deadlines and commitments that have necessitated this motion, including:

- Petition for Review filed in Cause No. 25-0297 in the Supreme Court of Texas on May 14, 2025;

- Petition for Writ of Mandamus and emergency motion filed in Cause No. 04-25-00308-CV in the Fourth Court of Appeals on May 14, 2025; and

- Appellants' brief due in Cause No. 04-25-00062-CV in the Fourth Court of Appeals on June 9, 2025.

Neither the parties nor the Court will be prejudiced by the granting of this motion. This extension is not sought for delay but to allow Appellant's counsel an adequate opportunity to prepare the brief.

## Prayer

For these reasons, Appellant respectfully asks the Court to grant a 30-day extension of time—until **June 30, 2025**—to file his brief.

Dated: May 21, 2025.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/Hayley Ellison*
Hayley Ellison
State Bar No. 24074175
E-mail: hellison@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys for Appellant***

## Certificate of Conference

Pursuant to Texas Rule of Appellate Procedure 10.1, I certify that I conferred with counsel for Appellee, who confirmed Appellee is unopposed to the relief sought in this motion.

*/s/Hayley Ellison*
Hayley Ellison


## Certificate of Service

Pursuant to Texas Rule of Appellate Procedure 9.5, I certify that on May 21, 2025, I served a true and correct copy of this document on all parties and counsel of record via the e-file system.

*/s/Hayley Ellison*
Hayley Ellison

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101126285
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time
Status as of 5/21/2025 4:19 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason M.Davis | | jdavis@dslawpc.com | 5/21/2025 4:07:19 PM | SENT |
| Ted Ross | 24008890 | Ted.Ross@oag.texas.gov | 5/21/2025 4:07:19 PM | SENT |
| Hayley Ellison | | hellison@dslawpc.com | 5/21/2025 4:07:19 PM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 5/21/2025 4:07:19 PM | SENT |